# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

| | |
|---|---|
| **MARLIN T. WILBOURN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. _____** |
| ) | **JURY DEMANDED** |
| ) | |
| **KONECRANES, INC,** ) | |
| **KONECRANES SERVICE,** ) | |
| **KONECRANES PORTAL SERVICE,** ) | |
| **KONECRANES PORT SERVICE,** ) | |
| **KONECRANES PARTS,** ) | |
| **KONECRANES MODERNIZATIONS,** ) | |
| **AND BNSF RAILWAY COMPANY,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF REMOVAL

Konecranes, Inc. ("Konecranes"), hereby files this Notice of Removal of this action from the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis to the United States District Court for the Western District of Tennessee Western Division, pursuant to 28 U.S.C. §§1332, 1441, and 1446, stating as follows:

1. The above-named Plaintiff filed a Complaint in the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis, on or about July 21, 2023, bearing Docket No. CT-2899-23.

2. Defendant Konecranes was served with this Complaint on August 24, 2023.

3. Konecranes Service, Konecranes Portal Service, Konecranes Port Service, Konecranes Parts, and Konecranes Modernizations are all d/b/a names of Konecranes, Inc.

4. A copy of all the process, pleadings, and orders filed in the Tennessee Circuit Court case under docket number CT-2899-23 are attached hereto as collective **Exhibit A**.

5. The Plaintiff asserts in Paragraph 1 of the Complaint that at the time of the commencement of this action he was a resident of Sardis, Panola County, Mississippi.

6. Konecranes, at the time of the commencement of this action and as of the date of the filing of this Notice, is a corporation formed under the laws of the State of Texas with its principal place of business in Ohio. This Defendant's Filing Information with the Tennessee Secretary of State's office is attached hereto as **Exhibit B**. This Defendant files this Notice within thirty (30) days of service of the Summons and Complaint pursuant to 28 U.S.C. §1446(b).

7. Defendant BNSF Railway Company, at the time of the commencement of this action and as of the date of the filing of this Notice, is a corporation formed under the laws of the State of Texas with its principal place of business in Texas. BNSF Railway Company's Filing Information with the Tennessee Secretary of State's office is attached hereto as **Exhibit C**.

8. This action is a civil action arising out of an alleged incident that the Plaintiff claims occurred in Shelby County, Tennessee.

9. Based upon the claims of the Plaintiff in the Complaint, including that Plaintiff has sought damages in the amount of $800,000.00, that amount in controversy exceeds $75,000.00 exclusive of interests and costs, by virtue of the nature of the claims and the provisions set forth in 28 U.S.C. §1446(c)(2) et seq., authority is provided for the filing of this Notice. Further, complete diversity of citizenship between the Plaintiff and Defendant exists and has existed since the filing of the cause of action. This matter is therefore within the jurisdiction of this Court pursuant to the provisions of 28 U.S.C. §1332 and is removable to this Court pursuant to the provisions of 28 U.S.C. §1441.

10. All Defendants consent to this removal pursuant to 28 U.S.C. §1446(b)(2)(A).

11. A copy of this Notice will be filed with the Clerk of the Court of Shelby County, Tennessee, as required by 28 U.S.C. §1446(d).

Submitted this the 22nd day of September 2023.

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

By: */s/ Tracy A. Overstreet*
Tracy A. Overstreet, No. 022219
1715 Aaron Brenner Drive, Suite 300
Memphis, TN 38120
Email: tracy.overstreet@leitnerfirm.com
(901) 527-0214
*Attorney for Defendant Konecranes, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded, via the court's e-filing system, email, and/or U.S. mail to:

| | |
|---|---|
| Mark A. Lambert | John Wheeler |
| John Michael Bailey Injury Lawyers, PC | Mitchell, McNutt & Sams, PA |
| 5978 Knight Arnold Road, Suite 400 | 105 South Front Street |
| Memphis, TN 38115 | Tupelo, MS 38802 |
| mlambert@calljmb.com | jwheeler@mitchellmcnutt.com |

This the 22nd day of September 2023.

*/s/ Tracy A. Overstreet*
**Tracy A. Overstreet**