# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

MARLIN T. WILBOURN,

    Plaintiff,

v.                                                                               2:23-cv-02603-MSN-cgc
                                                                             JURY DEMAND

KONECRANES, INC., *d/b/a*
KONECRANES SERVICE, *d/b/a*
KONECRANES PORTAL SERVICE,
*d/b/a* KONECRANES PORT
SERVICE, *d/b/a* KONECRANES PARTS,
*d/b/a* KONECRANES MODERNIZATIONS,
*and* BNSF RAILWAY COMPANY,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Defendant's Notice of Removal (ECF No. 1), filed September 22, 2023,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 28), filed June 12, 2024, this matter is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs, expenses, and attorneys' fees.

**APPROVED:**

*s/ Mark S. Norris*

MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

June 13, 2024
_____
Date